18 So.2d 436

### Stanley RIKARD v. STATE.

8 Div. 284.

Supreme Court of Alabama.

May 18, 1944.

Rehearing Denied June 22, 1944.

Wm. Stell, of Russellville, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Stanley Rikard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rikard v. State, 18 So.2d 435.

Writ denied.

THOMAS, BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.